**April 29, 2009**

| 29238 | D.B., In re | Affirmed |
| 28140 | Dominguez v. Price Okamoto Himeno & Lum | Vacated and remanded |
| 29335 | Grindling v. State | Affirmed |
| 29198 | State v. Neves | Affirmed |
| 28571 | State v. Vinhaca | Affirmed |
| 28737 | State v. Winfrey | Affirmed |
| 29299 | Z.M., In re | Affirmed |